IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Oscar Martinez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50345 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Dixon Correctional Center, et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

     Status hearing held on 4/24/2018. Plaintiff Oscar Martinez fails to appear after he or his attorney was ordered to appear in person on 3/27/2018 (Dkt. 50). Accordingly, it is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection must be filed by 5/10/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:03)
Date: 4/26/2018                                                             /s/ Iain D. Johnston
                                                                                                         U.S. Magistrate Judge